# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                      Case No. 11-20551-49
                                            Hon. Robert Cleland

vs.

D-49 ROBERT SCOTT DIALS,

      Defendant.

_____/

## ORDER GRANTING SUBSTITUTION OF ATTORNEY

Based upon the oral motion by defense counsel at a session of court held on July 10, 2014, and the Court being fully advised in the premises, and upon request by the Defendant, Robert Scott Dials,

**IT IS ORDERED** that Michael Mearan, Ohio State Bar No. 0029403 , is substituted as counsel of record in place of Walter H. Bentley III, Michigan State Bar No. P59257.

**IT IS FURTHER ORDERED** that new counsel, who will be picking up discovery from the government upon conclusion of court on July 10, 2014, become fully versed with the case, and fully discuss its merits with his client beforehand, such that his client is prepared to advise the Court on how he wishes to proceed at the final Plea Hearing to be held on **July 17, 2014 at 2:30 p.m. .**

**IT IS FURTHER ORDERED** that there shall be no additional extension of time afforded as a result of such substitution.

**IT IS FURTHER ORDERED** that all time from July 10, 2014 through and including the Final Plea Date of July 17, 2014 shall be excluded under the Speedy Trial Act.

The Court hereby finds that the time period of the adjournment from July 10, 2014 through and including the Final Plea Date of July 17, 2014 shall be excludable in computing time within which the trial in this matter must commence pursuant to 18 U.S.C. § 3161(7)(A) and the factors in 18 U.S.C. § 3161(7)(B) because the Court hereby finds that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial.

Dated: July 14, 2014           s/Robert H. Cleland
                               Honorable Robert H. Cleland
                               United States District Court


s/Michael Mearan               s/Walter H. Bentley III
Michael Mearan (No.29403)      Walter H. Bentley III (P59257)
Attorney for Defendant         Attorney for Defendant
547 6th St.                    24725 W. 12 Mile Rd., Ste.110
Portsmouth, OH 45622           Southfield, MI 48034
(740) 354-3643                 (248) 429 – 9550
mike@mearanlaw.net             walter@wbentleylaw.com